# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 14, 2025

## NO. 03-24-00751-CV

**J. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES KELLY, CRUMP, AND ELLIS
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE CRUMP
DISSENTING OPINION BY JUSTICE ELLIS**

This is an appeal from the order terminating parental rights signed by the trial court on October 28, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order, but that there was error requiring correction. Therefore, the Court modifies the order to reflect that appellant's parental rights were terminated on Ground (N) and not on Ground (G) of Texas Family Code section 161.001(b)(1), and as modified, affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.